
# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-02769

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>William L. Peterson and Sherry L. Peterson<br>Debtors.<br>_____<br>CitiMortgage, Inc.<br>Movant,<br>vs.<br>William L. Peterson and Sherry L. Peterson, Debtors, Jill H. Ford, Trustee.<br>Respondents. | No. 2:09-BK-33688-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 2, 2006 and recorded in the office of the Maricopa County Recorder wherein CitiMortgage, Inc. is the current beneficiary and William L. Peterson and Sherry L. Peterson have an interest in, further described as:

> THE FOLLOWING DESCRIBED REAL PROPERTY SITUATE IN THE CITY OF GLENDALE, COUNTY OF MARICOPA, AND STATE OF ARIZONA, TO WIT:
>
> LOT 53, LA BUENA VIDA PHASE I ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 3I3 OF MAPS, PAGE 32 AND CERTIFICATE OF CORRECTION RECORDED IN INSTRUMENT NO. 87-672228.
>
> TAX ID #: 102-04-093
>
> BY FEE SIMPLE DEED FROM WILLIAM LEON PETERSON AS SET FORTH IN INSTRUMENT NO. 20050843 I55 AND RECORDED ON 6/2112005, MARICOPA COUNTY RECORDS.
>
> THE SOURCE DEED AS STATED ABOVE IS THE LAST RECORD OF VESTING FILED FOR THIS PROPERTY. THERE HAVE BEEN NO VESTING CHANGES SINCE THE DATE OF THE ABOVE REFERENCED SOURCE.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.